Fred E. Stedman, defendant in error, v. Lou Hinton, plaintiff in error. Gen. No. 7,001.

Assumpsit for money paid on a real estate contract, said contract not being carried out by plaintiff, agreement to take contract off

his hands being alleged. Judgment for plaintiff. Error to the Circuit Court of La Salle county; the Hon. Joe A. Davis, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed January 24, 1923. Rehearing denied April 4, 1923.

Charles W. Helmig and Butters & Clark, for plaintiff in error. Thomas N. Haskins, Lee O'Neil Browne and Russell O. Hanson, for defendant in error.

Mr. Justice Jett delivered the opinion of the court.